■ MANUFACTURERS HANOVER TRUST Co., Respondent, v ISAAC BELIZON et al., Appellants. [639 NYS2d 721]

The plaintiff established its entitlement to judgment as a matter of law, and the defendants failed to come forward with any evidence establishing a triable issue of fact (see, Manufacturers Hanover Trust Co. v Zelefsky, 225 AD2d 527 [decided herewith]). Ritter, J. P., Thompson, Pizzuto and Hart, JJ., concur.